# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2026-0067

_____

C.H., A Child,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

January 12, 2026

PER CURIAM.

    DENIED.

WINOKUR, M.K. THOMAS, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Rosemarie E. Wright Peoples of Smith & Eulo Law Firm, Orlando, for Petitioner.

No appearance for Respondent.